UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL THOMAS,<br><br>              Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, et al.,<br><br>              Defendant(s). | 2:13-cv-01743-MMD-VCF<br><br>**O R D E R** |

Before the Court is Defendants' Motion to Excuse the Attendance of Defendant James Ketsaa from the December 2, 2013, Early Neutral Evaluation Conference. Docket No. 22. Defendants represent that Clark County School District ("CCSD") has accepted the full defense of this lawsuit on behalf of Defendant Ketsaa. *Id*. Additionally, CCSD's general counsel will attend the settlement conference and will have authority to settle the case on behalf of all Defendants. *Id*.

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Excuse the Attendance of Defendant James Ketsaa from the December 2, 2013, Early Neutral Evaluation Conference, Docket No. 22, is GRANTED.

DATED this   19th   day of November, 2013

                                                  NANCY J. KOPPE<br>
                                                  United States Magistrate Judge