David Otto & Affiliates, PC
David J. Otto, Esq.
NV Bar No. 5449
1433 North Jones
Las Vegas, NV 89108
Phone: 702-419-1222
Fax: 702-778-3670
davidottolaw@yahoo.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL THOMAS, an individual, | |
| Plaintiff, | Case No. 2:13-cv-01743-RFB-VCF |
| vs. | |
| FILIBERTO ARROYO, an individual, JAMES KETSAA, an individual, CLARK COUNTY SCHOOL DISTRICT, a public entity; and DOES 1-100 inclusive, | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT OR ALTERNATIVE MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL** |
| Defendants. | (First Request) |

Plaintiff MICHAEL THOMAS, on the one hand, and CLARK COUNTY SCHOOL DISTRICT ("CCSD") and JAMES KETSAA, (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate and agree that Plaintiff shall have up to and including April 17, 2015 to respond to the Defendants' Motion to Dismiss or Alternative Motion for Summary Judgment Filed Under Seal (Doc. No. 54) which was filed on March 23, 2015.

1

This extension is necessary to allow Plaintiff's Counsel the time to research and brief the somewhat novel and complex factual and legal matters raised in Defendants' Motion. This is the first request for such an extension.

DATED this 3rd day of April, 2015.

GREENBERG TRAURIG, LLP

/S/ KARA B. HENDRICKS

MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
MOOREA L. KATZ
Nevada Bar. No. 12007
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants*
*Clark County School District and James Ketsaa*

DAVID OTTO & AFFILIATES, PC

/s/ David J. Otto

DAVID J. OTTO
NEVADA BAR NO. 5449
2300 West Sahara, Suite 800
Las Vegas, Nevada 89102
*Counsel for Plaintiff*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: April 6, 2015.

2