David Otto & Affiliates, PC
David J. Otto, Esq.
NV Bar No. 5449
1433 North Jones
Las Vegas, NV 89108
Phone: 702-419-1222
Fax: 702-778-3670
davidottolaw@yahoo.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL THOMAS, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>FILIBERTO ARROYO, an individual, JAMES KETSAA, an individual, CLARK COUNTY SCHOOL DISTRICT, a public entity; and DOES 1-100 inclusive,<br><br>   Defendants. | Case No. 2:13-cv-01743-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT OR ALTERNATIVE MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL**<br><br>(Second Request) |

   Plaintiff MICHAEL THOMAS, on the one hand, and CLARK COUNTY SCHOOL DISTRICT ("CCSD") and JAMES KETSAA, (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate and agree that Plaintiff shall have up to and including April 27, 2015 to respond to the Defendants' Motion to Dismiss or Alternative Motion for Summary Judgment Filed Under Seal (Doc. No. 54) which was filed on March 23, 2015.

1

This extension is necessary to allow Plaintiff's Counsel the time to research and brief the somewhat novel and complex factual and legal matters and to gather documentary evidence regarding the issues raised in Defendants' Motion. This is the second request for such an extension.

DATED this 15th day of April, 2015.

| | |
|---|---|
| GREENBERG TRAURIG, LLP | DAVID OTTO & AFFILIATES, PC |
| /s/ KARA B. HENDRICKS | /s/ David J. Otto |
| MARK E. FERRARIO<br>Nevada Bar No. 1625<br>KARA B. HENDRICKS<br>Nevada Bar No. 7743<br>MOOREA L. KATZ<br>Nevada Bar. No. 12007<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants*<br>*Clark County School District and James Ketsaa* | DAVID J. OTTO<br>NEVADA BAR NO. 5449<br>2300 West Sahara, Suite 800<br>Las Vegas, Nevada 89102<br>*Counsel for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of April, 2015.

2