MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
MOOREA L. KATZ
Nevada Bar No. 12007
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
Telephone:   (702) 792-3773
Fax:            (702) 792-9002
*Counsel for Defendants*
*Clark County School District and James Ketsaa*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

MICHAEL THOMAS, an individual,

           Plaintiff,

vs.

FILIBERTO ARROYO, an individual,
JAMES KETSAA, an individual, CLARK
COUNTY SCHOOL DISTRICT, a public
entity; and DOES 1-100 inclusive,

           Defendants.

Case No. 2:13-cv-01743-RFB-VCF

**STIPULATION FOR EXTENSION OF
TIME TO FILE REPLY IN SUPPORRT
OF MOTION TO DISMISS SECOND
AMENDED COMPLAINT OR
ALTERNATIVE MOTION FOR
SUMMARY JUDGMENT**

(First Request)

      Plaintiff MICHAEL THOMAS, on the one hand, and CLARK COUNTY SCHOOL
DISTRICT ("CCSD") and JAMES KETSAA, (collectively, "Defendants"), on the other hand, by
and through their respective counsel of record, hereby stipulate and agree that Defendants shall have
an additional two weeks to file their Reply in support of their Motion to Dismiss Second Amended
Complaint or Alternative Motion for Summary Judgment [Doc. No. 56] which was filed on March
23, 2015.  This extension would provide Defendants up to and including May 21, 2015to file their
Reply.

1

LV 420444979v1 120810.011100

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

1   This extension is necessary due to length of the Response in Opposition to Defendants'

2   Motion to Dismiss or Alternative Motion for Summary Judgment [Doc. No. 63] and the new

3   information contained therein.  This is the first request for such an extension.

4   DATED this 5th day of May, 2015.

5

6   GREENBERG TRAURIG, LLP                    DAVID OTTO & AFFILIATES, PC

7   _/s/ Kara B. Hendricks_                   _/s/ David J. Otto_

8   MARK E. FERRARIO                          DAVID J. OTTO
    Nevada Bar No. 1625                       NEVADA BAR NO. 5449
    KARA B. HENDRICKS                         2300 West Sahara, Suite 800
9   Nevada Bar No. 7743                       Las Vegas, Nevada 89102
    MOOREA L. KATZ                            _Counsel for Plaintiff_
10  Nevada Bar. No. 12007
    3773 Howard Hughes Parkway
11  Suite 400 North
    Las Vegas, Nevada 89169
12  _Counsel for Defendants_
    _Clark County School District and James_
13  _Ketsaa_

14                                            ORDER

15

16  IT IS SO ORDERED:

17

18

19                                            _____
                                              RICHARD F. BOULWARE, II
20                                            United States District Judge

    Respectfully submitted by:
21                                            DATED this 21st day of May, 2015.
    GREENBERG TRAURIG, LLP
22

23  _/s/ KARA B. HENDRICKS_
    MARK E. FERRARIO (NV BAR NO. 1625)
24  KARA B. HENDRICKS (NV BAR NO. 7743)
    MOOREA L. KATZ (NV BAR NO. 12007)
25  3773 Howard Hughes Parkway
    Suite 400 North
26  Las Vegas, Nevada 89169
    _Counsel for Defendants_
27  _Clark County School District and James Ketsaa_

28                                            2

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)