DAVID OTTO LAW
David J. Otto, Esq.
NV Bar No. 5449
2300 West Sahara Suite 800
Las Vegas, NV 89102
Phone: 702-937-9981
Fax: 702-778-3670
davidottolaw@yahoo.com
DavidOttoLaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL THOMAS, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FILIBERTO ARROYO, an individual, JAMES KETSAA, an individual, CLARK COUNTY SCHOOL DISTRICT, a public entity; et al.<br><br>　　　　　　Defendants. | Case No. 2:13-cv-01743-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO TWO (2) PARTIAL MOTIONS FOR SUMMARY JUDGMENT**<br><br>(First Request) |

Plaintiff MICHAEL THOMAS, on the one hand, and CLARK COUNTY SCHOOL DISTRICT ("CCSD") and JAMES KETSAA, FILBERTO ARROYO, PAT SKORKOWSKI, CHRISTOPHER KLEMP, (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate and agree that Plaintiff shall have up to and including September 12, 2016 to respond to the Defendants' Motions for Partial Summary Judgment (Doc. No. 122 and Doc. No. 123) which were filed on August 8, 2016 and Defendants' Replies to Plaintiff's responses will be due no later than October 6, 2016.

1

This extension is necessary to allow Plaintiff's Counsel the time to research and brief the somewhat novel and complex factual and legal matters raised in Defendants' Motions. This is the first request for such an extension of response and reply times to these motions.

DATED this 25th day of August 2016.

| GREENBERG TRAURIG, LLP | DAVID OTTO LAW |
|---|---|
| /s/ KARA B. HENDRICKS | /s/ David J. Otto |
| MARK E. FERRARIO<br>Nevada Bar No. 1625<br>KARA B. HENDRICKS<br>Nevada Bar No. 7743<br>MOOREA L. KATZ<br>Nevada Bar. No. 12007<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants*<br>*Clark County School District and James Ketsaa et al* | DAVID J. OTTO<br>NEVADA BAR NO. 5449<br>2300 West Sahara, Suite 800<br>Las Vegas, Nevada 89102<br>Phone: 702-937-9981<br>Fax: 702-778-3670<br>davidottolaw@yahoo.com<br>DavidOttoLaw.com<br>Attorneys for Plaintiff<br>*Counsel for Plaintiff* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  September 5, 2016.

2