# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICHAEL THOMAS,

        Plaintiff,

vs.

FILBERTO ARROYO, *et al.*,

        Defendants.

2:13-cv-01743-RFB-VCF

**MINUTE ORDER**

Before the Court is the Motion to Substitute counsel (ECF No. 146).

IT IS HEREBY ORDERED that a hearing on the Motion to Substitute counsel (ECF No. 146) is scheduled for 10:00 AM, May 22, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that Michael Thomas attends the hearing in person with counsel from the Law Office of Daniel Marks.

DATED this 15th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE